## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MICHAEL Y. ARCHULETA,**

   **Plaintiff,**

**vs.**             **Civil No. 09-518 RB/RLP**

**STATE OF NEW MEXICO, DEPARTMENT**
**OF GAME AND FISH, JAMES C. COMINS, III,**
**DAN BROOKS, CHIEF OF LAW ENFORCEMENT,**
**BRUCE MAZURANICH, MIKE ROBERTSON,**
**JERRY RADCLIFF, TIM FRYBARGER,**
**JON ARMIJO, CHRIS NEARY, JAMES MARTINEZ,**
**MATT SEIDEL, CHRIS CHADWICK, CLINT HENSON,**
**DESI ORTIZ, MIKE MARTINEZ, AND**
**BRUCE THOMPSON, DIRECTOR OF GAME AND FISH,**

   **Defendants.**

## ORDER

  This matter comes before the court on Defendants' Motion to Compel No. I: Requiring Plaintiff to Serve Initial Disclosures Which Meet the Requirements of Fed.R.Civ.P. 26(a)(1)(B), filed October 1, 2009.  (Docket No. 26).

  Pursuant to D.N.M.LR-7.4(a) and F.R.Civ.P. 6, Plaintiff's Response to this motion was due on October 19, 2009.  No Response was filed.

  Therefore, pursuant to D.N.M. LR-7.1(b), Plaintiff is presumed to have consented to the Motion.

  **IT IS THEREFORE ORDERED** that Defendants' Motion to Compel No. 1 (Docket No. 26) is granted.  Plaintiff shall provide the following within ten (10) days of the date of this Order:

  A.  Initial Disclosures which meet the Requirements of Fed.R.Civ.P. 26(a)(1)(B), and

     D.N.M.LR-Civ.26.3;

  B.  A signed Medical Authorization Release forms (Local Form 1 and Local Form 2)

which are attached as Appendix A to the Local Civil Rules for the United States

District Court for the District of New Mexico;

**IT IS FURTHER ORDERED** that Defendants' request for fees and costs associated with this motion is taken under advisement.

**IT IS SO ORDERED**.

_____
RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE